JOSEPH LUBKIN, on Behalf of Himself and Any and All Creditors of the Defendant MILLNER & SON, INC., Who May Join in and Contribute to the Expenses of This Action, Respondent, v. DAVID S. STERN and Others, Appellants, Impleaded with

Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.